435 A.2d 262

Tinari et al., Appellants v. Ins. Placement Fac. of Pa.

Submitted March 21, 1980. Nino V. Tinari, for appellants; Joshua Wall, for appellee.

Before SPAETH, BROSKY and VAN der VOORT, JJ.
Order affirmed.